United States District Court
Southern District of Texas

**ENTERED**
October 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELA RENEE LOPEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-3077 |
| | § | |
| HARRIS COUNTY, TEXAS, and | § | |
| FRANCISCO SALAZAR, JR., | § | |
| IN HIS INDIVIDUAL AND | § | |
| OFFICIAL CAPACITIES, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment, this action is **DISMISSED with prejudice**.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 7th day of October, 2016.

SIM LAKE
UNITED STATES DISTRICT JUDGE